# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160795 & (52)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 160795
                                  COA: 343999

DON ANDRE BROWN,
                                  Wayne CC: 15-008009-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion for an extension of time to file a reply brief is GRANTED, and the reply brief filed on February 24, 2020 is accepted for filing. The application for leave to appeal the November 14, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



s0513

                               Clerk